UNITED DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA:

                           Hon. Dennis M. Cavanaugh
                :         Magistrate No.: 10-CR-794-1

      v

CESAR PEREIRA              :                  **ORDER**


This matter coming before the Court on motion of  John D. Lynch, Esq.., attorney for

defendant, Cesar Pereira, and  Assistant United States Attorney Stacey Levine, appearing on

behalf of the Government, having been noticed and consenting thereto,

IT IS on this *21* day of March, 2011;

**ORDERED** that Ines Maria Orzaiz and Jose Francisco Reyna's property located at 4023

Boxford Road in Charlotte, North Carolina is hereby released;

**FURTHER ORDERED** that the certified funds in the amount of $10,000.00 presently

being held by Pre-Trial Services is hereby returned to Ines Maria Orzaiz; and it is

**FURTHER ORDERED**, that all other terms and conditions of the defendant's original

bail obligations are hereby reinstated.


HON. DENNIS M. CAVANAUGH, USDJ