PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Cesar Perriera                                Cr.: 10-00794-001
                                                                PACTS #: 57153

Name of Sentencing Judicial Officer:    THE HONORABLE DENNIS M. CAVANAUGH
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/26/2012

Original Offense: Conspiracy to Receive and Sell Stolen Goods and Sale or Receipt of Stolen Goods, Securities, Monies, etc.

Original Sentence: 35 months imprisonment, 36 months supervised release

Special Conditions: Mental Health Treatment, New Debt Restrictions, DNA Testing, Financial Disclosure, $200 Special Assessment, and $8,800,000 in Restitution

Type of Supervision: Supervised Release            Date Supervision Commenced: 07/31/2015

## STATUS REPORT

U.S. Probation Officer Action:

On November 26, 2012, the offender was sentenced by The Honorable Dennis M. Cavanaugh, United States District Judge, to 35 months imprisonment to be followed by three years supervised release. The following special conditions were imposed: Mental Health Treatment, New Debt Restrictions, DNA Testing, and Financial Disclosure. He was also ordered to pay a $200 special assessment and $8,800,000 in restitution.

Mr. Perriera currently resides in Ridgefield, New Jersey. He has been employed with Heritage Maintenance, LLC, since October 2015. We believe that Mr. Perriera has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $7,579 towards the restitution. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

**Recommendation:** It is respectfully requested that the Court take no further action and allow Mr. Perriera's term of supervision to expire as scheduled on July 30, 2018.

                                                Respectfully submitted,

                                                *Michelle Siedzik*

                                                By: Michelle Siedzik
                                                    U.S. Probation Officer Assistant
                                                Date: 04/03/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

- [x] No Formal Court Action to be Taken at This Time – Supervision to Expire on July 30, 2018
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

_____
Signature of Judicial Officer
Esther Salas, U.S.D.J.

May 10, 2018
Date